Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
EL KENZ DENIZCILIK NAKLIYAT VE TICARET LIMITED SIRKETI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EL KENZ DENIZCILIK NAKLIYAT VE TICARET LIMITED SIRKETI,

        Plaintiff,

-against-

STAHLIMEX STAHLHANDEL GMBH,

        Defendant.

08 Civ. 2217 (MGC)

**AFFIDAVIT IN SUPPORT OF REQUEST FOR AN AMENDED ORDER APPOINTING PERSONS TO SERVE PROCESS**

---

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

Michael J. Frevola, being duly sworn, deposes and says:

1.    I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff EL Kenz Denizcilik Nakliyat Ve Ticaret Limited Sirketi ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York. I am fully familiar with all the facts in the above case.

2.  This affidavit is made in support of Plaintiff's application for an Amended Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Amended Writ and Order of Attachment and Garnishment, Summons, Verified Amended Complaint, Amended Affidavit in Support and Interrogatories on the Garnishees.

3.  The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
Michael J. Frevola

Sworn to before me this
9th day of April, 2008

_____
Notary Public

# 5258072_v1

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

2