Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
EL KENZ DENIZCILIK NAKLIYAT VE TICARET LIMITED SIRKETI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EL KENZ DENIZCILIK NAKLIYAT VE TICARET LIMITED SIRKETI,<br><br>Plaintiff,<br><br>-against-<br><br>STAHLIMEX STAHLHANDEL GMBH,<br><br>Defendant. | 08 Civ. 2217 (MGC)<br><br>**AMENDED AFFIDAVIT IN**<br>**SUPPORT OF ATTACHMENT** |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Michael J. Frevola, being duly sworn, deposes and says:

1. I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff EL Kenz Denizcilik Nakliyat Ve Ticaret Limited Sirketi ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Second Amended Complaint and the requested Writ of Attachment.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Banco Popular

8. Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, issue an amended writ of maritime attachment for an amount up to $383,000.00.

**WHEREFORE**, Plaintiff respectfully requests that the application for an amended writ of maritime attachment and garnishment be granted.

_____
Michael J. Frevola

Sworn to before me this
3rd day of June, 2008

_____
Notary Public

# 5257910_v1

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010

3